NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID MICHAEL KERSEY,                    )
                                         )
        Appellant,                       )
                                         )
v.                                       )    Case No. 2D17-4933
                                         )
PATRICIA LYNN OSBORN,                    )
                                         )
        Appellee.                        )
                                         )
_____  )

Opinion filed January 30, 2019

Appeal from the Circuit Court for Pinellas
County; Kathleen T. Kessinger, Judge.

Frank W. McDermott and Arthur M. Miksis
of McDermott Law Firm, P.A., Saint
Petersburg, for Appellant.

No appearance for Appellee.


PER CURIAM.

        Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., concur.